## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. _____

**FELICIA JEFFERSON,**

     **Plaintiff,**

**v.**

**CITY OF WEST PALM BEACH,**
**FLORIDA,**

     **Defendant.**

_____/

### NOTICE OF REMOVAL

Defendant, City of West Palm Beach ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. 1441, *et seq*., and General Civil Case Filing Requirements 5H of the U.S. District Court for the Southern District of Florida hereby files this Notice of Removal and in support thereof states as follows:

### BACKGROUND

1.      Plaintiff Deidre Jacobs ("Plaintiff") filed the complaint which is the subject of this Notice of Removal against Defendant in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County and subsequently served Defendant.  Copies of the executed service of summons and the complaint are attached hereto as Exhibits A and B, respectively.

2.      Plaintiff asserts two claims against Defendant regarding alleged violations of 42 U.S.C. §1981 and 29 U.S.C. §2615 of The Family Medical leave Act.

Jacobs v. City of West Palm Beach
Case No. _____
Notice of Removal
Page 2 of 3

## STATUTORY BASIS FOR REMOVAL

3.      In any civil action brought in a State court of which the district courts of the
United States have original jurisdiction, Defendant may remove the State court case to
the district court "embracing the place where such action is pending." 28 U.S.C. 1441(a).
The District Court for the Southern District of Florida embraces Palm Beach County, the
location of the pending State case.

4.      The United States District Courts have original jurisdiction for claims
arising under laws of the United States and Plaintiff's claims arise under the laws of the
United States. *Id.*; 28 U.S.C. §1331.

5.      City also gives notice pursuant to Local Rule 3.8 that this case is related to
Case No.: 14-80964-CIV-ROSENBERG/BRANNON styled *Deidre M. Jacobs v. City of
West Palm Beach* and will be filing a formal notice of same.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF WEST PALM BEACH
P.O. Box 3366
West Palm Beach, FL 33402
(561) 822-1375
(561) 822-1373 (facsimile)

By: /s/CHRISTOPHER VAN HALL
   Christopher Van Hall
   Assistant City Attorney
   Fla. Bar No. 102889

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served
according to CM/ECF guidelines established by U. S. District Court for the Southern
District of Florida, this 19th day of May 2016.

By: /s/CHRISTOPHER VAN HALL

Jacobs v. City of West Palm Beach
Case No. _____
Notice of Removal
Page 3 of 3

Christopher Van Hall
Florida Bar No. 102889

| **SERVICE LIST** |
| --- |

**Deidre Jacobs**
**3834 Shelley Road North**
**West Palm Beach, Florida 33407**
**Telephone: (561) 574-2606**
**Email: allendeirdre95@gmail.com**