UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-80791-RLR

DEIRDRE M. JACOBS,

    Plaintiff,

vs.

CITY OF WEST PALM BEACH,

    Defendant.
_____/

## CITY'S NOTICE OF SIMILAR ACTION

Defendant City of West Palm Beach, Florida ("Defendant"), pursuant to Local Rule 3.8, by and through its undersigned counsel, hereby files this Notice of Similar Action and states:

1. Local Rule 3.8 requires City to notify this court of similar actions pending in this district which involves subject matter which is a material part of the subject matter of another action or proceeding in this district. *See also,* Internal Operating Procedures of the United States District Court for the Southern District of Florida 2.15(c)

2. City gives notice that this action involves the same facts regarding Ms. Jacobs employment and dealings with City that are the subject matter of Southern District of Florid Case No.: 14-80964-CIV-ROSENBERG/BRANNON styled *Deidre M. Jacobs v. City of West Palm Beach*.

3. City has previously filed a Notice of Similar Action in Case No.: 14-80964

                              Respectfully submitted,

                              CITY ATTORNEY OFFICE
                              CITY OF WEST PALM BEACH
                              By: /s/ Christopher Van Hall
                              Christopher Van Hall/ Fla. Bar No. 0102889

*Jacobs v. City of West Palm Beach* Page 2 of 2
Case No. 9:16-cv-80791
Notice of Similar Case

          401 Clematis Street, 5th Floor (33401)
          P. O. Box 3366
          West Palm Beach, FL  33402
          Telephone:  (561) 822-1375
          Facsimile:    (561) 822-1373
          Email: cvanhall@wpb.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served according to CM/ECF guidelines established by U. S. District Court for the Southern District of Florida, this 19th day of May 2016.

          By: /s/ Christopher Van Hall
          Christopher Van Hall
          Florida Bar No. 0102889

## SERVICE LIST

**Deidre Jacobs**
**3834 Shelley Road North**
**West Palm Beach, Florida 33407**
**Telephone: (561) 574-2606**
**Email: allendeirdre95@gmail.com**